UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SERENA M., | No. C 11-03815 LB |
| Plaintiff, | **ORDER RELATING CASE** |
| v. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

This case, *Serena M. v. Anthem Blue Cross Life and Health Insurance Company*, No. C11-03815 LB (N.D. Cal. Aug. 8, 2011) ("*Serena M. I*"), is an ERISA health insurance dispute between Plaintiff and her insurance company. At the July 12, 2012 Further Case Management Conference, the court learned that Plaintiff filed a second lawsuit against Defendant and that it was assigned to Magistrate Judge Spero. *See Serena M. v. Anthem Blue Cross Life and Health Insurance Company*, No. C12-02114 JCS (N.D. Cal. Apr. 27, 2012) ("*Serena M. II*").[1] Upon review of the complaint in that case, the court finds that it is related to the instant one.

Counsel are instructed that all future filings in *Serena M. II* are to bear the initials of the

---

[1] Under this district's Civil Local Rule 3-12, the parties are supposed to file in the earliest-filed case an administrative motion to consider whether the cases should be related. *See* N.D. Cal. Civ. L.R. 3-12(b). The parties are directed to review Local Rule 3-12 and are ORDERED to comply with it in the future.

C 11-03815 LB
ORDER RELATING CASE

undersigned immediately after the case number.  The case management conference in *Serena M. II* will be rescheduled by the court.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rule of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the court.

**IT IS SO ORDERED.**

Dated: July 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03815 LB
ORDER RELATING CASE

2